986 A.2d 807

**In re Carolyn A. SPARKS, an Incapacitated Person.**

**Petition of Elizabeth S. Sparks.**

Supreme Court of Pennsylvania.

Dec. 29, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December 2009, the Motion to Strike is denied. The Petition for Allowance of Appeal is denied.